# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>REVOLUTIONARY PRODUCTIONS INC.,<br><br>    Defendant. | Case No. 1:24-cv-01001-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE ENTRY OF DEFAULT AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: DECEMBER 20, 2024** |

Plaintiff commenced this action on August 21, 2024. (ECF No. 1.) On October 29, 2024, Plaintiff filed a summons returned executed, indicating that service had been effectuated and Defendant's answer was due November 18, 2024. (ECF No. 5.) The scheduling conference in this matter is currently set for January 9, 2025. (ECF No. 3.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, a plaintiff can move for default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir.

1991) (cleaned up).

As Defendant in this matter has not appeared and has failed to answer, the Court shall continue the initial scheduling conference and set a deadline for a request for entry of default to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a request for entry of default no later than **December 20, 2024**;
2. The initial scheduling conference set for January 9, 2025, is CONTINUED to **March 18, 2025, at 10:00 a.m.**; and
3. Plaintiff is advised that failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **December 9, 2024**

STANLEY A. BOONE
United States Magistrate Judge