# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTIONARY PRODUCTIONS INC.,<br><br>Defendant. | Case No. 1:24-cv-01001-SAB<br><br>ORDER RESETTING GREAT AMERICAN INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT TO MARCH 5, 2025<br><br>(ECF No. 15) |

On January 23, 2025, Plaintiff Great American Insurance Company filed a motion for default judgment with a hearing date of February 19, 2025. (ECF No. 15.) Local Rule 230(b) states that the moving party shall set the motion for hearing "not less than thirty-five (35) days after service and filing of the motion."

Accordingly, it is HEREBY ORDERED that the hearing on Plaintiff's motion for default judgment set for February 19, 2025, is RESET to **March 5, 2025, at 10:00 a.m. in Courtroom 9**. Plaintiff SHALL file proof of service of this order on Defendant within **three (3) days** of entry of this order.

IT IS SO ORDERED.

Dated:  **January 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1