# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTIONARY PRODUCTIONS INC.,<br><br>Defendant. | Case No. 1:24-cv-01001-JLT-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF INTENT TO FILE AMENDED COMPLAINT<br><br>(ECF No. 26) |

On September 30, 2025, the assigned District Judge issued an order adopting the undersigned's findings and recommendations. (ECF No. 26.) In light of the Court's order, it is HEREBY ORDERED that Plaintiff shall file a notice indicating whether it intends to amend its complaint, as discussed in the findings and recommendations and order adopting, within fourteen (14) days of the date of service of this order. Failure to timely file such notice will result in judgment being entered.

IT IS SO ORDERED.

Dated: **October 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1