# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>REVOLUTIONARY PRODUCTIONS INC.,<br><br>    Defendant. | Case No. 1:24-cv-01001-JLT-SAB<br><br>ORDER REGARDING NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 28)<br><br>**NOVEMBER 20, 2025 DEADLINE** |

Following the District Judge adopting the Court's findings and recommendations and granting partial default judgment (ECF No. 26), the Court directed Plaintiff to file whether it intended to file a first amended complaint to address the issues raised in both the hearing and in the Court's order. (ECF No. 27.)  On October 30, 2025, Plaintiff filed a notice of intent to file a first amended complaint and requested 21 days form the date of its notice to file an amended pleading.  For good cause shown, the Court approves the request and ORDERS that Plaintiff shall have through **November 20, 2025**, to file a first amended complaint.

IT IS SO ORDERED.

Dated:   **October 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge