# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | Case No. 1:24-cv-01001-JLT-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT |
| v. | **THIRTY-FIVE DAY DEADLINE** |
| REVOLUTIONARY PRODUCTIONS INC., | |
| Defendant. | |

Plaintiff commenced this action on August 21, 2024.  (ECF No. 1.)  Following the district judge adopting the Court's recommendations to grant in part and deny in part Plaintiff's motion for default judgment (ECF No. 26), Plaintiff filed a first amended complaint on November 11, 2025.  (ECF No. 30.)  Defendant again did not appear or otherwise answer the first amended complaint, and on March 23, 2026, Plaintiff moved for an entry of default, which the Clerk of the Court entered.  (ECF Nos. 32, 34.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process.  Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008).  Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise.  Fed. R. Civ. P. 55(a).  After entry of default, a plaintiff can seek entry of default judgment.  Fed. R. Civ. P. 55(b)(1) and (2).  "Default judgments are generally disfavored, and whenever it is reasonably

1

possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, 525 (9th Cir. 1991) (cleaned up).

As Defendant in this matter is in default, the Court shall set a deadline for a motion for default judgment to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty-five (35) days** from the date of service of this order, Plaintiff shall file a motion for default judgment; and

2. Plaintiff is advised that the failure to comply with this order shall result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2