# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE COMPANY,

          Plaintiff,

      v.

REVOLUTIONARY PRODUCTIONS INC.,

          Defendant.

Case No. 1:24-cv-01001-JLT-SAB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

On March 31, 2026, Plaintiff filed a motion for default judgment. (Doc. 37.) On May 13, 2026, the assigned magistrate judge issued findings and recommendations granting Plaintiff's motion. (Doc. 45.) The findings and recommendations were served on the parties and contained a notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. (*Id.* at 17–18.) No objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.      The findings and recommendations filed on May 13, 2026 (Doc. 45), are **ADOPTED IN FULL**.

2.      Plaintiff's motion for default judgment (Doc. 37) is **GRANTED**.

3. Judgment is entered declaring that, by reason of the liquor liability exclusion to the commercial general liability coverage part of the Master Policy, Great American Insurance Company has no duty to indemnify or defend Revolutionary Productions Inc., a California corporation also known as Sum of Us Festival in connection with the Underlying Lawsuit. The Court further declares that the Master Policy's professional liability coverage part does not provide coverage to Sum of Us for the Underlying Lawsuit because the claimant's alleged damages do not arise out of an act, error, or omission committed in the rendering of or failure to render "professional services."

4. The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

_____
UNITED STATES DISTRICT JUDGE